**UNITED STATES DISTRICT COURT**
                   **FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                             Case No. 07-cr-236-PB

<u>**Joshua Berg**</u>


### **O R D E R**

    The defendant, through counsel, has moved to continue the February 5, 2008 trial in the above case, citing the need for additional time to complete discovery review, engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 5, 2008 to May 6, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 31, 2008 final pretrial conference is continued to April 22, 2008 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 22, 2008

cc:   Joseph Caulfield, Esq.
      Clyde R.W. Garrigan, AUSA
      United States Probation
      United States Marshal